**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

-------------------------------------------------------------X

CATHERINE M. MCCARTHY               :

         Plaintiff,            :

         vs.               :  CIVIL ACTION NO:
                              :  1:11-CV-03240-SCJ

CVS PHARMACY, Inc.            :

         Defendant.        :

                              :

-------------------------------------------------------------X

## ORDER

This matter comes before the Court on the Joint Motion for Approval of Settlement [Doc. No. 25].

The Parties have requested that the Court review and approve the parties' proposed Agreement and Release because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 20 U.S.C. § 201 *et seq.* The Court has reviewed the proposed Agreement and Release and finds that the settlement is a fair and reasonable resolution of the dispute.

Accordingly, the Joint Motion for Approval of Settlement is [Doc. No. 25] is **GRANTED,** the Settlement Agreement [Doc 25-1] is **APPROVED,** and the

matter is DISMSSED with PREJUDICE and incorporated herein.    **IT  IS  SO**

**ORDERED,** this __9th__ day of __May__, 2012.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE